RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2017 JUL 13 P 12: 55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

**JAMES ABBOTT** )
Full name and prison name of )
Plaintiff(s) )
 )
 )
v. ) CIVIL ACTION NO. **2:17-CV-465-MHT-GMB**
 ) (To be supplied by Clerk of U.S. District
**Corizon Medical Services INC** ) Court)
**Dr Sadiiq, Jeff Sanders, CRmp** )
**Duffel, HSA, Price HSA, m$,** )
**Taylor LPN, Appling, et al.** )
**Commissioner Ruth Nachelh, et. AL** )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒  No ☐

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☒   NO ☐

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) **JAMES ABBOTT**

            Defendant(s) **MR. SALTERS, CO., MR. MCMILLAN, C.O., MR. C. GILES, CO. ET. AL.**

        2.  Court (if federal court, name the district; if state court, name the county)
            **U.S. MIDDLE DISTRICT**

3. Docket number **2:17-CV-267-WHA**

4. Name of judge to whom case was assigned **MAGISTRATE JUDGE SUSAN RUSSELL WALKER**

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) **PENDING**

6. Approximate date of filing lawsuit **5-3-17**

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **BULLOCK CORR. FAC. UNION SPRINGS, AL.**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **SAME AS ABOVE**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                              ADDRESS

1. **CORIZON MEDICAL SERVICES INC.   BRENTWOOD TN.**
2. **D.R. SADDIQ; JEFF SANDERS, C.R.N.P.; MS. DUFFEL, HSA; MS. PRICE,**
3. **H.S.A.; MS. TAYLOR, LPN; MS. APPLING, LPN. ALL OF THE ABOVE**
4. **ARE AT P.O. BOX 5107 UNION SPRINGS, AL. 36089**
5. **COMM. RUTH NAGLICH, 301 S. RIPLEY ST. MONTGOMERY, AL**
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **NUMEROUS DATES OVER SEVERAL YEARS**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **CORIZON MEDICAL SERVICES, INC (CMS) HAS A COST SAVING CUSTOM AND POLICY IN PLACE THAT DENIES TO THE PLAINTIFF 'ADEQUATE**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

MEDICAL CARE AS TO THE PLAINTIFF'S SERIOUS MEDICAL CONDITIONS. THUS, CONSTITUTING A POLICY THAT IS 'DELIBERATELY INDIFFERENT' TO THE PLAINTIFF'S SERIOUS MEDICAL CONDITIONS (I.E. HYPOGLYCEMIA, PSORIACIS, LOWER BACK PAIN, COPD, HIGH BLOOD PRESSURE, ARTHRITIS, EYES, FEET, LEGS, FINGERS, HEARING.)

GROUND TWO: DR. SADDIQ, CRNP SANDERS, HSA'S DUFFEL, PRICE; LPNS, MS. TAYLOR, MS. APPLING DENIED TO THE PLAINTIFF 'ADEQUATE MEDICAL TREATMENT' CONSTITUTING 'DELIBERATE INDIFFERENCE' TO PLAINTIFF'S SERIOUS MEDICAL NEEDS (SEE ABOVE)

SUPPORTING FACTS: THE PLAINTIFF WILL DEMONSTRATE WITH NUMEROUS DOCUMENTATION, JOURNAL NOTES, THAT THE ABOVE SAID DEFENDANTS ET. AL. HAVE DENIED THE PLAINTIFF 'ADEQUATE MEDICAL' CARE AS TO THE ABOVE SAID PLAINTIFF'S 'SERIOUS MEDICAL NEEDS', THUS. CONSTITUTING 'DELIBERATE INDIFFERENCE' AS TO THOSE ABOVE SAID MEDICAL NEEDS IN SUPPORT OF CMS COST SAVING CUSTOM AND POLICY

GROUND THREE:

SUPPORTING FACTS:

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____

_____

_____

_____

_____

_____

                                                 Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                 (Date)

                                                 Signature of plaintiff(s)

JAMES ABBOTT #3/7511
B.C.F #ED/16A
P.O. Box 5107
Union Springs AL
36089

MONTGOMERY
AL 360
11 JUL '17
PM 4 L

$000.670
JUL 11 2017
MAILED FROM ZIP CODE 36089

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ONE CHURCH Street, SUITE B-110
MONTGOMERY AL 36104-4015?

36104-401801